AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

Cesar Ramirez-Chavira
aka Cesar Chavea aka Jose Manzo

**WARRANT FOR ARREST**

CR 07-645 MMC

To: The United States Marshal
and any Authorized United States Officer



YOU ARE HEREBY COMMANDED to arrest Cesar Ramirez-Chavira

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin,possession with intent to distribute and distribution of heroin

in violation of Title ___See above___ United States Code, Section(s) ___

_____
Signature of Issuing Officer

___Deputy Clerk___
Title of Issuing Officer

___San Francisco 10/11/07___
Date and Location

Bail fixed at $ _no bail_ by ___Edward Chen, U.S. Magistrate Judge___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _San Quentin SP_ by DHS/ICE | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 12/14/2007 | CHRISTIAN L. HANSON DEPUTY U.S. MARSHAL | |