1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

4 | KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940

7 | Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00645 MMC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ADDITION OF COUNSEL |
| v. | ) | |
| WILLIAMS ET. AL, | ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Kirstin Ault is also assigned to this case. Accordingly, please have future ECF notices sent to AUSA Ault at the email address of kirstin.ault@usdoj.gov

DATED:_____1/18/08_____            _____/s/_____
                                         KIRSTIN M. AULT
                                         Assistant United States Attorney