```
 1  IAN G. LOVESETH (CSBN 085780)
    Attorney at Law
 2  819 Eddy Street
    San Francisco, CA
 3  Tel: (415) 771-6174
    Fax: (415) 474-3748
 4
    Attorney for Defendant
 5  SARAH A ROPATI
```

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, ) | No. CR-07-00645-MMC |
|---|---|
| Plaintiff, ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| v. ) | |
| RONALD WILLIAMS, et.al., ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

Proposed Order MP3 Player Santa Rita



1

1  Finding good cause shown, as discovery has been provided in digital audio format:
2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Santa Rita Jail;
4  BARRY LYNN SAMUEL,
5  ELEAZOR MORA-ARCIGA,
6  SALVADOR ORTEGA,
7  ERIKA MANZO,
8  JAVIER ULISES ZAMORA-HERNANDEZ,
9  ALFREDO GONZALEZ GOVEA,
10 CESAR RAMIREZ-CHAVIRA,
11 MIGUEL RAMIREZ.
12
13 IT IS SO ORDERED.
14
15 Dated: MAR 1 2 2008
16 THE HONORABLE MAXINE M. CHESNEY
   United States District Judge