UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>March 12, 2008</u>

Case No. <u>CR-07-0645 MMC</u>                JUDGE:    **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Sarah Aranda Ropati; Ronald Lee Hines (cust);
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Edward Moore (cust);
Miguel Ramirez (cust)

_____
                    DEFENDANT

Present (X) Not Present (  ) In Custody (X)

Ron Tyler (Williams); Richard Mazer (Samuel);
Richard Tamor for Wiilliam DuBois Hilario);
Randall Knox (Arciga) Henry Schaefer for
Michael Stepanian (Ortega); Mary McNamara for
Lidia Stiglich (S. Aranda); Ethan Balogh (Manzo);
Mary McNamara (Zamora-Hernandez); Jeffry Glenn
For George Boisseau (Silva); Jeffry Glenn (Govea);
Ian Loveseth (Ropati); Ian Loveseth for Geoffrey
Rotwein (Hines); Tony Brass (Bishop);
Nicholas Reyes (Camacho-Mendez);
Martha Boersch (Ramirez-Chavira);
John Jordan (Moore); Shana Keating (M. Ramirez)

<u>Barbara Silano and Kirstin Ault</u>                _____
          U.S. ATTORNEY(S)                ATTORNEY(s)  FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>                Reporter: <u>Belle Ball</u>

Spanish Interpreter: <u>Melinda Basker</u>

**PROCEEDINGS**

REASON FOR HEARING   <u>Further Status/ Trial Setting Conference</u>

RESULT OF HEARING   <u>All counsel agree to a continuance to May 14, 2008.</u>
<u>Defendants' Exparte application re: MP3 players - Granted,</u>
<u>Orders signed in open court.</u>

Government's motion for Judgment on Forfeiture of Bond
(As to Defendant Carlos Guerrero-Elenes) - Court directed
Government counsel to serve notice to sureties and then
Re-notice the motion.
Defense counsel reviewing discovery provided - Government will
Be providing additional discovery materials to defense.


Case continued to May 14, 2008   at 2:00 p.m.    for Further Status/Motion Setting Conference
(Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) Complexity  Begins 3/12/08   Ends 5/14/08

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////