UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>June 19, 2008</u>

Case No. <u>CR-07-0645 MMC</u>          JUDGE:   **Maxine M. Chesney**

Salvador Ortega(cust) (05);
Miguel Ramirez (cust) (07)
Cesar Ramirez-Chavira (cust)* (11)
_____          Present (X) Not Present ( ) In Custody (X)
          DEFENDANT

                                         Michael Stepanian (Ortega)
                                         Shana Keating (M. Ramirez)
   <u>Barbara Silano</u>                        Martha Boersch (Ramirez-Chavira)
     U.S. ATTORNEY(S)                    ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>             Reporter: <u>Juanita Gonzalez</u>

Spanish Interpreter: <u>Carol Rhine-Medina</u>

**PROCEEDINGS**

REASON FOR HEARING   <u>Change of Plea(s)</u>

RESULT OF HEARING    <u>Counsel for defendants informed the Court that the defendants would not be changing their pleas today.</u>

Case continued to <u>June 25, 2008 at 2:00 p.m.</u>   for Further Status Conference

Case continued to _____ for Motions.
              (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

////////////////////////////////////////////////////////////////////////////////////////////////