UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUL 1 6 2008

Case No. CR-07-0645-11 MMC    JUDGE: Maxine M. Chesney

DEFENDANT: Cesar Ramirez-Chavira *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Kirstin Ault

ATTORNEY FOR DEFENDANT: Martha Boersch

Deputy Clerk: TRACY LUCERO

Reporter: Joan Columbini

## PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Plea Agreement filed w/ the Court. Δ pled guilty to Count 7 of the Indictment.

* Spanish Interpreter - Melinda Basker

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
  (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 10/8/08 @ 2:30 for Judgment & Sentencing / Gov't's motion to Dismiss remaining cts

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(35 min)