STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Email:       Shilpi_Agarwal@fd.org

Counsel for Defendant Ramirez-Chavira

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CESAR RAMIREZ-CHAVIRA, Defendant. | No. CR 07-00645-011 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    Total Offense Level: 25

    Criminal History Category:  VI

    Guideline Range: 110 to 137 months

Mandatory Minimum: None

3. Defendant was sentenced to 120 months imprisonment on October 15, 2008.

4. According to the Bureau of Prisons, Defendant's current projected release date is January 8, 2017.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 23

   Criminal History Category: VI

   Guideline Range: 92 to 115 months

   Mandatory Minimum: None

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to "100 months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015."

9. The parties further stipulate that the Court may include in its amended judgment a recommendation to the Bureau of Prisons that the Defendant be transferred to a halfway house at the appropriate time before his/her release on November 1, 2015.

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. The parties further stipulate that the Court's Order will take effect on November 1, 2015.

12. Defendant stipulates that he waives and does not request a hearing pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

13. Defendant waives his right to appeal the district court's sentence.

14. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

December 2, 2014                                  /s/
_____                 _____
DATED                               MELINDA L. HAAG
                                    United States Attorney
                                    J. DOUGLAS WILSON
                                    Assistant United States Attorney

December 2, 2014                                  /s/
_____                 _____
DATED                               STEVEN G. KALAR
                                    Federal Public Defender
                                    SHILPI AGARWAL
                                    Assistant Federal Public Defender


IT IS SO ORDERED

December 5, 2014                    *[signature]*
_____                 _____
DATED                               MAXINE M. CHESNEY
                                    United States District Judge